**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**
**IN ADMIRALTY**

| | | |
|---|---|---|
| EVRIDIKI NAVIGATION, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| THE SANKO STEAMSHIP CO., LTD., | * | |
| Defendant, | * | |
| * * * * * * * * * * * | * | Civil Action No. JKB-12-CV-1382 |
| WESTERN BULK CARRIERS AS, | * | |
| Intervening Plaintiff, | * | |
| v. | * | |
| MV SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * | |
| | * | |
| Defendant. | * | |
| * * * * * * * * * * * | * | |
| THYSSENKRUPP MATERIALS NA, INC., | * | |
| Intervening Plaintiff, | * | |
| v. | * | |
| MV SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, and WESTEN BULK CARRIERS AS, | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * | * * * * * * * * * * | |

**AMENDED ENTRY OF APPEARANCES**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Enter the appearances of Philip T. Evans, James H. Hohenstein, and Brad L. Berman as counsel in the case for:  Claimant, The Bank of Tokyo-Mitsubishi UFJ, Ltd.

I certify that I am admitted to practice in this Court and James H. Hohenstein and Brad L. Berman have been admitted *Pro Hac Vice*.

Dated: June 18, 2012

                                            Respectfully submitted,

                                            HOLLAND & KNIGHT LLP

                                            _____/s/_____
                                            Philip T. Evans (FBN 11796)
                                            2099 Pennsylvania Avenue, N.W., Suite 100
                                            Washington, DC 20006
                                            (202) 457-7043
                                            (202) 955-5564 (fax)
                                            philip.evans@hklaw.com

                                            _____/s/_____
                                            James H. Hohenstein
                                            31 West 52nd Street
                                            New York, NY 10019
                                            (212) 513-3200
                                            (212) 385-9010
                                            jim.hohenstein@hklaw.com
                                            (admitted *pro hac vice*)
                                            (signed by Philip T. Evans with permission of James H. Hohenstein)

                                              /s/
                    Brad L. Berman
                    31 West 52nd Street
                    New York, NY 10019
                    (212) 513-3200
                    (212) 385-9010
                    brad.berman@hklaw.com
                    (admitted *pro hac vice*)
                    (signed by Philip T. Evans with permission of Brad L. Berman)

                    *Attorneys for Claimant,*
                    *The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June 2012, a copy of the foregoing Amended Entry of Appearance was filed via the Court's CM/ECF system for service on all counsel of record

                                              /s/
                                    Philip T. Evans