# EXHIBIT 1

SANKO MINERAL | 30

Number: [Seal] [Seal]

| HEADING-SECTION (INDICATION OF VESSEL) |
| --- |
| |

| HEADING-SECTION (INDICATION OF VESSEL) | |
| --- | --- |
| Reception Date: | May 23, 2008 |
| Name of Vessel: | SANKO MINERAL |
| Type of Vessel: | Steam Ship |
| Port of Registry: | Tokyo |
| Material of Vessel: | Steel |
| Gross Tonnage: | 30,360 ton |
| Type and Number of Propulsion Machine: | Diesel Machine 1 |
| Type and Number of Propulsion: | Screw Propeller 1 |
| Year and Month of Launch: | May, 2008 |

[Seal, Registry Watanabe]

| REGION *KOU* (OWNERSHIP) | | | REGION *KOU* (OWNERSHIP) | | |
|---|---|---|---|---|---|
| | Rank Number | | | | Rank Number |
| | Reference Box | | | Ownership Preservation<br><br>Reception Date and Number: May 23, 2008, No. 163<br><br>Owner:<br>2-3. Uchisaiwaicho 2-chome, Chiyoda-ku, Tokyo<br><br>The Sanko Steamship Co., Ltd.<br>[Seal, Registry Watanabe] | Reference Box |
| | Rank Number | | | | Rank Number |
| | Reference Box | | | | Reference Box |
| | Rank Number | | | | Rank Number |
| | Reference Box | 1 *cho* | | | Reference Box |

SANKO MINERAL

| REGION *OTSU* (MORTGAGE AND LEASE) | |
|---|---|
| | Rank Number |
| | Reference Box |
| | Rank Number |
| | Reference Box |
| | Rank Number |
| | Reference Box |

1 *cho*

| REGION *OTSU* (MORTGAGE AND RIGHT OF LEASE) | | |
|---|---|---|
| 1 | | Rank Number |
| Mortgage Establishment<br><br>Reception Date and Number: June 20, 2008, No. 188<br>Cause of Registration: Monetary Loans, June 16, 2008, Establishment on June 20, 2008<br>Amount of Claim Secured: 1,880,000,000 yen<br>Interest: 10% per annum<br>(in the case that (i) currency of payment is in yen, computed on the basis of a year of 365 days and number of days elapsed, or (ii) currency of payment is in US Dollars, computed on the basis of a year of 360 days and number of days elapsed)<br>Default Interest: 14% per annum<br>(in the case that (i) currency of payment is in yen, computed on the basis of a year of 365 days and number of days elapsed, or (ii) currency of payment is in US Dollars, computed on the basis of a year of 360 days and number of days elapsed) | | Reference Box |
| | | Rank Number |
| | Obligor:<br>2-3, Uchisaiwaicho 2-chome, Chiyoda-ku, Tokyo<br><br>The Sanko Steamship Co., Ltd.<br><br>Mortgagee:<br>7-1, Marunouchi 2-chome, Chiyoda-ku, Tokyo<br><br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>[Seal, Registry Watanabe] | Reference Box |
| | | Rank Number |
| | | Reference Box |

It is hereby the certified copy of register.

May  15, 2012

    Tokyo Legal Affairs Bureau
Registrar    Haruo Toyama    [Official seal]

さんこう みねらる 30

（示表舶船） 部 題 表

（示表舶船） 部 題 表

平成弐〇年五月弐参日受付

船 名 さんこう みねらる

船舶の種類 汽船

船 籍 港 東京都

船 質 鋼

総トン数 参〇参六〇トン

推進機関の種類及び数
ディーゼル機関壱箇

推進器の種類及び数
ら旋推進器壱箇

進水の年月 平成弐〇年五月

壱丁

さんこう みねらる . 30

甲区（所有権）

| 順位番号 | 事項欄 |
|---|---|
| 壱 | 所有権保存<br>平成弐〇年五月弐参日受付<br>第壱六参号<br>所有者 東京都千代田区内幸町二丁目弐番参号<br>三光汽船株式会社 |

| 順位番号 | 事項欄 |
|---|---|
| | |

| 順位番号 | 事項欄 |
|---|---|
| | |

壱丁

甲区（所有権）

| 順位番号 | 事項欄 |
|---|---|
| | |

| 順位番号 | 事項欄 |
|---|---|
| | |

| 順位番号 | 事項欄 |
|---|---|
| | |

さんこう みねらる

乙区（抵当権及び賃借権）

| 順位番号 | 事項欄 |
| --- | --- |
| 壱 | 抵当権設定<br>平成弐〇年六月弐〇日受付<br>第壱八八号<br>原因 平成弐〇年六月壱六日金銭消費貸借平成弐〇年六月弐〇日設定<br>債権額 金壱拾八億八千万円<br>利息 年壱〇％<br>（支払通貨が日本円の場合には壱年を参六五日とする日割計算、支払通貨が米ドルの場合には壱年を参六〇日とする日割計算）<br>損害金 年壱四％<br>（支払通貨が日本円の場合には壱年を参六五日とする日割計算、支払通貨が米ドルの場合には壱年を参六〇日とする日割計算） |
| | 債務者 東京都千代田区内幸町二丁目弐番参号<br>三光汽船株式会社<br>抵当権者 東京都千代田区丸の内二丁目七番壱号<br>株式会社三菱東京ＵＦＪ銀行 |
| | |

壱丁

乙区（抵当権及び賃借権）

| 順位番号 | 事項欄 |
| --- | --- |
| | |
| | |
| | |


これは登記簿の謄本である。

平成24年6月15日
東京法務局
登記官 外山壽男

証第 2817 号

証　　　明

本書に押捺の東京法務局登記官印は，真正のものであることを証明する。

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: **JAPAN**

This public document

2. has been signed by　　Keiichi AIZAWA
3. acting in the capacity of　　Director of the Tokyo Legal Affairs Bureau
4. bears the seal/stamp of　　-same as above-

Certified

5. at **Tokyo**
6. JUN. 15. 2012
7. by **the Ministry of Foreign Affairs**
8. No. 010060
9. Seal/stamp:

10. Signature:

**Haruo YAMAGAMI**
For the Minister for Foreign Affairs

kyo

証第 2817 号

証　　　明

本書に押捺の東京法務局登記官印は，真正のものであることを証明する。

平成24年6月15日

東京法務局長　相澤　恵一

Registration No. 2817

CERTIFICATE

This is to certify that the official seal of the registrar of the Tokyo Legal Affairs Bureau appearing on the annexed Certificate is genuine.

Date 15 June 2012

Keiichi Aizawa
Director of the Tokyo Legal Affairs Bureau

# Translator's Declaration

My name is Eiichi Kashikura. I am employed by Nishimura & Asahi in the position of of-counsel. I hereby attest I am competent to translate documents from the Japanese language to the English language. I hereby certify that the foregoing document is a complete and accurate translation into English from Japanese to the best of my ability and knowledge.

Pursuant to 28 United States Code §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of June, 2012
at Tokyo, Japan

Eiichi Kashikura