**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**
**IN ADMIRALTY**

| | | |
|---|---|---|
| EVRIDIKI NAVIGATION, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| THE SANKO STEAMSHIP CO., LTD., | * | |
| Defendant, | * | |
| * * * * * * * * * * * * | * | Civil Action No. JKB-12-CV-1382 |
| KNIGHTSBRIDGE TANKERS LIMITED, | * | |
| Intervening Plaintiff, | * | |
| v. | * | |
| THE SANKO STEAMSHIP CO., LTD. | * | |
| Defendant, | * | |
| * * * * * * * * * * * * | * | |
| WESTERN BULK CARRIERS AS, | * | |
| Intervening Plaintiff, | * | |
| v. | * | |
| MV SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * | |
| | * | |
| Defendant. | * | |

| | |
|---|---|
| * * * * * * * * * * * * | * |
| THYSSENKRUPP MATERIALS NA, INC., | * |
| Intervening Plaintiff, | * |
| v. | * |
| MV SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, and WESTEN BULK CARRIERS AS, | * |
| | * |
| Defendants. | * |
| * * * * * * * * * * * * | * |
| GLENCORE, LTD., | * |
| Intervening Plaintiff, | * |
| v. | * |
| M/V SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * |
| Defendant | * |
| * * * * * * * * * * * * | * |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., | * |
| Intervening Plaintiff, | * |
| v. | * |
| M/V SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * |
| Defendant. | * |
| * * * * * * * * * * * * | * * * * * * * * * * |

#11302037_v1

## LOCAL RULE 103.3 STATEMENT

I, Philip T. Evans, attorney of record for Intervening Plaintiff The Bank of Tokyo-Mitsubishi UFJ, Ltd., having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3:

(1) The Bank of Tokyo-Mitsubishi UFJ, Ltd. is a wholly-owned subsidiary of Mitsubishi UFJ Financial Group, Inc., the common stock of which is listed on the First Section of the Tokyo Stock Exchange, and certain American Depository Receipts which are traded on the New York Stock Exchange.

Dated: June 19, 2012

HOLLAND & KNIGHT LLP

_____/s/_____
Philip T. Evans (FBN 11796)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7043
(202) 955-5564 (fax)
philip.evans@hklaw.com

- and -

HOLLAND & KNIGHT LLP

_____/s/_____
James H. Hohenstein, *pro hac vice*
Brad L. Berman, *pro hac vice*
31 West 52nd St.
New York, NY 10019
(212) 513-3213
(212) 385-9010 (fax)
james.hohenstein@hklaw.com
brad.berman@hklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June 2012, I caused a copy of the forgoing Local Rule 103.3 Statement to be filed via the Court's CM/ECF system for service on all counsel of record.

/s/<br>
Philip T. Evans

#11302037_v1