RECEIVED
U.S. MARSHALS 
BALTIMORE

**IN THE UNITED STATES DISTRICT COURT**
2012 JUN 19  P  **FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **EVRIDIKI NAVIGATION, INC.,** *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL No. 12-cv-1382-JKB |
| **THE SANKO STEAMSHIP CO., LTD.,** *et al.*, | * | |
| | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

    With respect to the parties now seeking to intervene in this action – Borusan Mannesmann Boru Sanyai Ve Ticaret AS ("Borusan"), Sunbelt Group, LP ("Sunbelt"), IMCO International, Inc. ("IMCO"), and Salzgitter Mannesmann International USA, Inc. ("Salzgitter"), (collectively "the Borusan Plaintiffs") – it is ORDERED that:

1.     ECF No. 74, *Motion to Intervene* is GRANTED;

2.     ECF No. 79, *Motion for Issuance of Warrant in rem*, is GRANTED;

3.     The Clerk of the Court is directed to prepare a Warrant for the Arrest of the vessel M/V SANKO MINERAL and deliver it to the United States Marshal for the District of Maryland;

4.     The United States Marshal is not required to physically serve the Warrant of Arrest upon the vessel M/V SANKO MINERAL as the Warrant is deemed served upon the Court's signing of this Order; and,

5.     The United States Marshal and/or the Borusan Plaintiffs shall provide notice of the commencement of this action to the custodian of the vessel M/V SANKO MINERAL by providing copies of the Intervening Complaints (ECF Nos. 75, 76, 77, & 78), this Order, and the Warrant of Arrest.

Dated this 19th day of June, 2012

BY THE COURT:

/s/
James K. Bredar
United States District Judge

2