RECEIVED
U.S. MARSHALS
BALTIMORE

2012 JUN 19  P 12: 15

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUNBELT GROUP, LP<br>1990 Post Oak Blvd., Suite 950<br>Houston, Texas 77056 | * <br> * <br> * |
| SALZGITTER MANNESMANN INT'L.<br>USA, INC, 1770 St. James Pl., Suite 500<br>Houston, Texas 77056 | * <br> * <br> * |
| BORUSAN MANNESMANN BORU<br>SANAYI VE TICARET AS, Meclisi 37<br>Mebusan CAD, 35-34427 Salipazari<br>Istanbul, Turkey | * <br> * <br> * <br> * |
| AND | * |
| IMCO INTERNATIONAL, INC.<br>458 Locust Street<br>Burlington, Ontario, Canada L7S 1V1<br>Intervening Plaintiffs, | * <br> * <br> * <br> * |
| v. | C.A. No.: JKB12-CV-1382 |
| M/V SANKO MINERAL, her engines,<br>equipment, tackle, appurtenances, etc.,<br>in rem,<br>Defendant. | * <br> * <br> * <br> * |

## WARRANT FOR ARREST

TO: The United States Marshal

You are commanded immediately to arrest, seize, attach, and take into your possession the M/V SANKO MINERAL, her equipment and appurtenances, and to serve a copy of the Verified Intervening Complaints of the Borusan Plaintiffs, and this Warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

Date: June 19, 2012
CLERK OF COURT

By: _____, Deputy Clerk