IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Evridicki Navigation, Inc., et al <br> **Plaintiff(s)** | * |
| | * Case No.: JKB-1:12-cv-1382 |
| vs. | * |
| M/V Sanko Mineral, in rem, <br> **Defendant(s)** | * |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James D. Skeen, am a member in good standing of the bar of this Court.

My bar number is 00010. I am moving the admission of Dana K. Martin to appear *pro hac vice* in this case as counsel for cargo interests Salzgitter Mannesmann International, USA Inc. ("Salzgitter"), IMCO International Inc. ("IMCO"), Borusan Mannesmann Boru Sanayi ve Ticaret A.S. ("Borusan"), and Sunbelt Group, LP ("Sunbelt"), collectively called "Intervening Borusan Plaintiffs",

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas, 1985 | S.D. TX, 1985, E.D. TX, 1989, W.D.TX, |
| | 1995, N.D. TX 1995, 5th Cir. Ct. of |
| | App., 1985, 11th Cir. Ct. Appeals, 2008 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission

to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant, James D. Skeen, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| James D. Skeen | Dana K. Martin |
| Printed Name | Printed Name |
| Skeen & Kauffman LLP | Hill Rivkins, LP |
| Firm | Firm |
| 911 N. Charles St. | 55 Waugh Dr. Suite 1200 |
| Address | Address |
| Baltimore, MD 21201 | Houston, TX 77007 |
| City, State, Zip Code | City, State, Zip Code |
| 410-625-2252 | 713-457-2287 |
| Telephone Number | Telephone Number |
| 410-625-2292 | 713-222-1359 |
| Fax Number | Fax Number |
| jskeen@skauflaw.com | dmartin@hillrivkins.com |
| Email Address | Email Address |

## CERTIFICATE OF SERVICE

On the /9/m day of June, 2012, a true and correct copy of the foregoing was sent via electronic service, to:

Caitlin Q. Vandevander, Esq.
Geoffrey S. Tobias, Esq.
Ober Kaler Grimes and Shriver PC
100 Light Street
Baltimore, MD 21202

David W. Skeen, Esq.
Meighan G. Burton, Esq.
Wright Constable and Skeen LLP
100 N. Charles St. 16th Flr.
Baltimore, MD 21201

Casey D. Burlage, Esq.
John R. Keough, III, Esq.
Clyde and Co. US LLP
405 Lexington Ave. 16 Flr.
New York, New York 10174

Alexander M. Giles, Esq.
Semmes Bowes and Semmes PC
25 S. Charles St., Ste. 1400
Baltimore, MD 21201

Patrick F. Lennon, Esq.
Lennon Murphy Caulfield and Phillips LLC
420 Lexington Ave., Ste. 300
New York, NY 10170

Harold M. Kingsley, Esq.
Law Office of Harold M. Kingsley
91 W. Cherry St.
Hicksville, NY 11801

Laurie B. Goon, Esq.
Robert B. Hopkins, Esq.
Duane Morris LLP
111 S. Calvert St. Ste. 2000
Baltimore, MD 21202

Jason W. Gaarder, Esq.
West and Gaarder LLC
409 Washington, Ste. 1010
Baltimore, MD 21204

William R. Bennett, Esq.
Bennett Giuliano McDonnel and Perrone LLP
494 8th Ave., 7th Flr.
New York, New York 10001

_____/s/_____