FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUN 19  P 1: 44

CLERK'S OFFICE
AT BALTIMORE

BY_____ 'TY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION
### IN ADMIRALTY

| | | |
|---|---|---|
| EVRIDIKI NAVIGATION, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| THE SANKO STEAMSHIP CO., LTD., | * | |
| Defendant, | * | |
| * * * * * * * * * * * * * | * | Civil Action No. JKB-12-CV-1382 |
| KNIGHTSBRIDGE TANKERS LIMITED, | * | |
| Intervening Plaintiff, | * | |
| v. | * | |
| THE SANKO STEAMSHIP CO., LTD. | * | |
| Defendant, | * | |
| * * * * * * * * * * * * | * | |
| WESTERN BULK CARRIERS AS, | * | |
| Intervening Plaintiff, | * | |
| v. | * | |
| MV SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * * | |
| Defendant. | | |

| | |
|---|---|
| * * * * * * * * * * * * | * |
| THYSSENKRUPP MATERIALS NA, INC., | * |
| Intervening Plaintiff, | * |
| v. | * |
| MV SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, and WESTEN BULK CARRIERS AS, | * * |
| Defendants. | * |
| * * * * * * * * * * * * | * |
| GLENCORE, LTD., | * |
| Intervening Plaintiff, | * |
| v. | * |
| M/V SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * |
| Defendant | * |
| * * * * * * * * * * * * | * |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., | * * |
| Intervening Plaintiff, | * |
| v. | * |
| M/V SANKO MINERAL, her engines, equipment, tackle appurtenances, etc., *in rem*, | * |
| Defendant. | * |
| * * * * * * * * * * * * | * * * * * * * * * * |

2

## ORDER GRANTING MOTION TO INTERVENE IN THIS ACTION PURSUANT TO FED.R.CIV.P 24 AND LAR (E)(10)

Upon consideration of Intervening Plaintiff The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s Motion to Intervene in this Action, pursuant to Federal Rule of Civil Procedure 24 and Local Admiralty Rule (e)(10), it is hereby

ORDERED, that the Motion to Intervene is hereby GRANTED; and it is further

ORDERED, that The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s Verified Intervening Complaint shall be deemed filed as of the day of the entry of this Order.

SO ORDERED, this 19th day of June, 2012.

/s/
James K. Bredar
United States District Judge