# OBER KALER
Attorneys at Law

Ober, Kaler, Grimes & Shriver
A Professional Corporation

100 Light Street
Baltimore, MD 21202
410.685.1120 Main
410.547.0699 Fax
www.ober.com

Geoffrey S. Tobias
gstobias@ober.com
410.347.7339 / Fax: 443.263.7539

Offices In
Maryland
Washington, D.C.
Virginia

June 19, 2012

<u>Via CM-ECF</u>

Honorable Paul W. Grimm
United States District Court
Northern Division
101 W. Lombard Street
Baltimore, MD  21201

RE:   Evridiki Navigation, Inc., et al. v. The Sanko Steamship Co., Ltd., et al.
      Case No. 12cv1382

Dear Judge Grimm:

Pursuant to your paperless order at Doc. No. 85, attached hereto is the dial-in information for the conference scheduled for June 20, 2012 at 2:00 p.m. to discuss procedures to be followed during the evidentiary hearing scheduled for Thursday, June 21, 2012.

### ACCESS INFORMATION

------- Audio Conference -------

USA Toll-Free:   (877)322-9654

HOST CODE:   189389        PARTICIPANT CODE:   420342

### CONFERENCE INFORMATION

| Start Date and Time | End Date and Time | Duration |
|---|---|---|
| Jun 20 2012 02:00 PM EDT, Wed | Jun 20 2012 04:00 PM EDT, Wed | 2 hr 00 mins |

------- Identification -------                              ------ Ports ------
Conference Name:                                            Total Ports:   20
Conference Id:   AJT6499

If you have any questions, please contact my paralegal, Traci M. Radice, at 410-230-7148 or tmradice@ober.com.

Sincerely,

    /s/
Geoffrey S. Tobias

cc:   All counsel of record.

2502889