

**Alexander M. Giles**
*Principal*

*Since 1887*
*Celebrating 125 Years*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.576.4882
410.539.5223 Fax

410.539.5040
WWW.SEMMES.COM

agiles@semmes.com

June 22, 2012

**VIA ELECTRONIC FILING**

The Honorable James K. Bredar
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    Evridiki Navigation, Inc., et al. v. The Sanko Steamship Co., Ltd.
              Civil Action No. JKB-12-CV-1382

Dear Judge Bredar:

      I am writing as local counsel for Intervenor Western Bulk Carriers AS ("WBC"), which this firm represents in conjunction with Patrick Lennon of the law firm of Lennon, Murphy, Caulfield & Phillips of New York. This letter is also written jointly on behalf of the Defendant, Sanko Steamship Co., Ltd. ("Sanko") and its counsel, William Bennett of Bennett, Giuliano, McDonald & Perrone, as well as Intervenor, Bank of Tokyo-Mitsubishi UFJ ("BTMU") and its counsel, James Hohenstein of Holland & Knight.

      Further to the Letter Order entered by Magistrate Judge Grimm earlier today, WBC, Sanko, and BTMU very respectfully request that your Honor schedule a telephone conference at the Court's earliest possible convenience to discuss the unnecessary and prejudicial delay that will be caused by the fourteen day period under Fed. R. Civ. P. 72 for filing objections to Magistrate Judge Grimm's recommended factual findings, as well as an expedited briefing schedule on the remaining legal issues to be briefed in order to allow the Court to rule upon WBC and Sanko's motions to vacate the Rule B attachments on the grounds of futility.

                                Respectfully submitted,

                                        /s/

                                Alexander M. Giles



The Honorable James K. Bredar
June 22, 2012
Page 2


cc:     Patrick F. Lennon, Esquire (via e-mail)
       William R. Bennett, III, Esquire
       Daniel Guyder, Esquire
       Jason W. Gaarder, Esquire
       James H. Hohenstein, Esquire
       Philip T. Evans, Esquire
       Brad L. Berman, Esquire
       Robert B. Hopkins, Esquire
       Laurie B. Goon, Esquire
       James D. Skeen, Esquire
       Harold M. Kingsley, Esquire
       Dana K. Martin, Esquire
       Geoffrey S. Tobias, Esquire
       Caitlin Quinn Vandevander, Esquire
       David W. Skeen, Esquire
       Meighan Griffin Burton, Esquire
       John R. Keough, III, Esquire
       Casey D. Burlage, Esquire


B1237892.DOC