

**Attorneys At Law**
**SEMMES**

*Since 1887*
*Celebrating 125 Years*

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**Alexander M. Giles**
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410.576.4882
410.539.5223 Fax

agiles@semmes.com

June 25, 2012

**VIA ELECTRONIC FILING**

The Honorable James K. Bredar
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    Evridiki Navigation, Inc., et al. v. The Sanko Steamship Co., Ltd.
                Civil Action No. JKB-12-CV-1382

Dear Judge Bredar:

      In light of Your Honor's Order entered earlier today [Docket No. 97], WBC, Sanko, and BTMU respectfully withdraw their Request for Conference that was filed with this Court on June 22, 2012 [Docket No. 96]. Furthermore, pursuant to the instructions stated in Your Honor's Order of today, WBC, Sanko, and BTMU will endeavor to submit one joint brief addressing the issues identified in paragraph 1 (subparagraphs A-C) of that Order.

                            Respectfully submitted,

                                    /s/

                            Alexander M. Giles

cc:    Patrick F. Lennon, Esquire
       William R. Bennett, III, Esquire
       Daniel Guyder, Esquire
       Jason W. Gaarder, Esquire
       James H. Hohenstein, Esquire
       Philip T. Evans, Esquire
       Brad L. Berman, Esquire
       Robert B. Hopkins, Esquire
       Laurie B. Goon, Esquire



The Honorable James K. Bredar
June 25, 2012
Page 2

      James D. Skeen, Esquire
      Harold M. Kingsley, Esquire
      Dana K. Martin, Esquire
      Geoffrey S. Tobias, Esquire
      Caitlin Quinn Vandevander, Esquire
      David W. Skeen, Esquire
      Meighan Griffin Burton, Esquire
      John R. Keough, III, Esquire
      Casey D. Burlage, Esquire

B1246426.DOC