IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**EVRIDIKI NAVIGATION, INC.,** *et al.*,

    **Plaintiffs**

    v.                                                                                                    **CIVIL No. 12-1382-JKB**

**THE SANKO STEAMSHIP CO., LTD.,** *et al.*,

    **Defendants**

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In view of the oral motions made by certain parties at the evidentiary hearing of June 21-22 to temporarily seal exhibits containing confidential information, as well as portions of the transcript discussing those exhibits, it is ORDERED that:

(1) The exhibits offered during the evidentiary hearing and the transcript of the hearing itself, which is being docketed simultaneously with this Order, are temporarily SEALED;

(2) Any party who wishes to permanently seal any exhibit or any portion of the transcript must file a motion to seal and supporting memorandum no later than the close-of-business on Monday, July 9, 2012;

(3) Prior to filing any such motion, the moving party shall confer with counsel for all other parties to determine if there is any objection to permanently sealing the exhibit or part of the transcript at issue. If there is no objection, the motion should be filed as a consent motion. If the moving party confers with opposing counsel and is unable to obtain their consent, this fact shall be expressly alleged in the motion.

(4) On July 9, 2012, all exhibits and all contents of the transcript that are not the subject of a properly filed motion to seal will be automatically UNSEALED without further order; and,

(5) Any exhibit or portion of the transcript that is the subject of a motion to seal on July 9, 2012 will remain temporarily SEALED until the Court rules on the motion.

Dated this 25th day of June, 2012

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge