IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EVRIDIKI NAVIGATION INC, *et al.*, | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. JKB-12-cv-1382 |
| THE SANKO STEAMSHIP CO., LTD., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**LIQUIMAR PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 44.1 NOTICE OF INTENTION TO RAISE ISSUE OF FOREIGN LAW**

Evridiki Navigation Inc, Orpheas Navigation Inc, and Pauline Shipping Limited (collectively, the "Liquimar Plaintiffs"), by and through counsel, Geoffrey S. Tobias, Caitlin Q. Vandevander and Ober, Kaler, Grimes and Shriver, hereby give notice of their intention, as indicated in prior filings and in prior argument in open court, to rely on English law in connection with the Charter Party between The Sanko Steamship Co., Ltd. and Western Bulk Carriers AS dated March 16, 2012 and Western Bulk Carriers AS's claim of maritime lien.

      /s/
Geoffrey S. Tobias, Trial Bar No. 301
Caitlin Q. Vandevander, Trial Bar No. 29620
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
100 Light Street
Baltimore, Maryland 21202
Phone: 410-347-7339
Fax: 443-263-7539

*Attorneys for Evridiki Navigation Inc, et al.*