Evridiki Navigation, Inc. et al

vs.

The Sanko Steamship Co., Ltd.

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 0 2 2012

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil No. JKB-12-1382                    Defendant's (Sanko) Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 3 | 6/21/2012 | 6/21/2012 | Supply request e-mail. |
| 4 | 6/21/2012 | 6/21/2012 | Lion Shipbrokers weekly report. |
| 8 | 6/21/2012 | 6/21/2012 | Crew List of Sanko Mineral. |
| 9 | 6/21/2012 | 6/21/2012 | Certification of Valuation. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |