

**Since 1887**
**Celebrating 125 Years**

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**Alexander M. Giles**
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410.576.4882
410.539.5223 Fax

agiles@semmes.com

July 2, 2012

**VIA ELECTRONIC FILING**

The Honorable James K. Bredar
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    Evridiki Navigation, Inc., et al. v. The Sanko Steamship Co., Ltd.
             Civil Action No. JKB-12-CV-1382

Dear Judge Bredar:

    I am writing to advise Your Honor of a development brought to counsels' attention at 2:30 p.m. this afternoon. Defendant Sanko Steamship Co., Ltd. ("Sanko") evidently commenced proceedings earlier today in Japan under the Japanese Corporate Reorganization Act, and various orders were issued therein pertaining to Sanko and its creditors which purportedly have extraterritorial effect.

    In conjunction with the foreign proceeding, counsel have also been advised that Sanko has filed a Chapter 15 Petition under the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York (Case No. 12-12815, Judge James Peck), and that the Bankruptcy Court will be holding a hearing at 4:00 p.m. this afternoon to consider Sanko's *ex parte* application for temporary restraining order that was filed with its Chapter 15 Petition.

    While I imagine that we will certainly be hearing more about Sanko's proceeding in Japan and its Chapter 15 proceeding in New York in the days to come, we thought it important to advise Your Honor of these developments as early as possible. Mr. Lennon and I can only speak on behalf of Western Bulk Carriers in this regard, but it is our current intention to still file WBC's Response Brief by this Friday, July 6, 2012.



The Honorable James K. Bredar
July 2, 2012
Page 2

    If Your Honor has any questions regarding this matter, please feel free to contact counsel at your earliest convenience.

                                Respectfully submitted,

                                       /s/

                                Alexander M. Giles

cc:    Patrick F. Lennon, Esquire
        William R. Bennett, III, Esquire
        Daniel Guyder, Esquire
        Jason W. Gaarder, Esquire
        James H. Hohenstein, Esquire
        Philip T. Evans, Esquire
        Brad L. Berman, Esquire
        Robert B. Hopkins, Esquire
        Laurie B. Goon, Esquire
        James D. Skeen, Esquire
        Harold M. Kingsley, Esquire
        Dana K. Martin, Esquire
        Geoffrey S. Tobias, Esquire
        Caitlin Quinn Vandevander, Esquire
        David W. Skeen, Esquire
        Meighan Griffin Burton, Esquire
        John R. Keough, III, Esquire
        Casey D. Burlage, Esquire

B1249298.DOC