**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| EVRIDIKI NAVIGATION INC, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO. JKB-12-cv-1382 |
| THE SANKO STEAMSHIP CO., LTD., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of M. H. Whitman of the law firm Ober, Kaler, Grimes & Shriver, as additional counsel on behalf of Plaintiffs, Evridiki Navigation Inc, Orpheas Navigation Inc, and Pauline Shipping Limited (collectively, the "Liquimar Plaintiffs"), in the above-captioned matter.

Respectfully submitted,

_____/s/_____
M. Hamilton Whitman, Jr. (Bar No. 373)
Geoffrey S. Tobias (Bar No. 00301)
Caitlin Q. Vandevander (Bar No. 29620)
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
100 Light Street
Baltimore, Maryland 21202
E-Mail:  mhwhitman@ober.com
Telephone:  (410) 347-7354

2507247