UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

July 2, 2012

TO ALL COUNSEL OF RECORD

    RE:    *Evridiki Navigation, Inc., et al. v. Sanko Steamship Co., Ltd., et al.*
              Civil No 12-1382-JKB

In view of recent developments in this case, the Court directs Counsel for Sanko to file the following documents no later than the close-of-business on Thursday, July 5, 2012:

(1) A response to the letter submitted this afternoon by Mr. Giles, including: (a) a statement as to whether Sanko has in fact instituted bankruptcy proceedings in Japan and whether it has filed a Chapter 15 petition in the Southern District of New York; and, if it has instituted such proceedings (b), an explanation thereof; and (c) a statement as to what effect, if any, in Sanko's view, these proceedings are likely to have on the proceedings in this Court; and

(2) A report detailing the measures being taken to ensure the continued health and welfare of the crew of the M/V SANKO MINERAL for the duration of its attachment and arrest in this jurisdiction.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

James K. Bredar
United States District Judge

JKB/tdb