IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EVRIDIKI NAVIGATION, INC.,** *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL No. 12-1382-JKB |
| **THE SANKO STEAMSHIP CO., LTD.,** *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Now pending before the Court is Intervening Plaintiff ThyssenKrupp's Motion for Reconsideration (ECF No. 72) of this Court's Memorandum and Order (ECF No. 69), denying ThyssenKrupp's motion to compel WBC to post a bond. Because the motion offers no compelling reason to reconsider the Court's ruling on that matter, it is ORDERED that:

ThyssenKrupp's Motion for Reconsideration (ECF No. 72) is DENIED.

Dated this 2nd day of July, 2012

BY THE COURT:

/s/
James K. Bredar
United States District Judge